In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-323 CV


____________________



LEROY HARRIS, Appellant



V.



FREDERICK ROSS BOYD, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-174142






MEMORANDUM OPINION


 The appellant, Leroy Harris, and the appellee, Frederick Ross Boyd, filed a joint
motion to dismiss this appeal. The parties allege they have agreed to dismiss this appeal. 
The Court finds that the motion is voluntarily made by the parties through their attorneys
of record prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1).


 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered October 20, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.